**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6143**

ROBERT L. FOSTER,

            Petitioner - Appellant,

        v.

WARDEN OF LIVESAY CORRECTIONAL INSTITUTION,

            Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.
Timothy M. Cain, District Judge.  (9:21-cv-03332-TMC)

Submitted:  January 18, 2024                     Decided:  March 7, 2024

Before WILKINSON, AGEE, and QUATTLEBAUM, Circuit Judges.

Dismissed in part and affirmed in part by unpublished per curiam opinion.

Robert Lee Foster, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Foster seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2254 petition as an unauthorized, successive § 2254 petition. He also appeals the district court's subsequent order construing his motion for release from custody as an unauthorized, successive habeas petition and dismissing it on that basis.[*] We dismiss the appeal in part and affirm in part.

The order dismissing Foster's § 2254 petition is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A); *Jones v. Braxton*, 392 F.3d 683, 688 (4th Cir. 2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Foster has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal as to the district court's order dismissing Foster's § 2254 petition as successive. As for the order dismissing Foster's subsequent motion for release from custody, we have

---

[*] A certificate of appealability is not required to appeal the district court's order dismissing the motion for release from custody as an unauthorized, successive habeas petition. *See Harbison v. Bell*, 556 U.S. 180, 183 (2009); *Bixby v. Stirling*, __ F.4th __, 2024 WL 85060, at *13 (4th Cir. Jan. 5, 2024); *United States v. Williams*, 56 F.4th 366, 370 n.3 (4th Cir. 2023); *United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015).

2

reviewed the record and conclude that the district court properly construed the motion as a successive habeas petition over which it lacked jurisdiction because Foster failed to obtain prefiling authorization from this court. *See* 28 U.S.C. § 2244(b)(3)(A); *McRae*, 793 F.3d at 397-400. Accordingly, we affirm the district court's order dismissing the motion.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*

3